# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry Curtis Biebinger

Plaintiff

v.

Dodge County, Paul Kiltinen,
Gary Remine

Defendants

Case No. Civil 00-2028 JRT/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees be denied. The action be summarily dismissed. Plaintiff shall be required to pay the unpaid balance of the Court filing fee. This action be dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted.

DATE: November 13, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk